IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICHELLE BROUSSARD, individually )
and on behalf of S.B., a minor, )
)
    Plaintiffs, )     Case No.: 1:24-cv-01697-TWT
)
v. )     Hon. Thomas W. Thrash Jr.
)
ACTIVISION BLIZZARD, INC., et al. )
)
    Defendants. )
                         )

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS, APPLE, INC. AND ROBLOX CORPORATION,
<u>PURSUANT TO FRCP 41(a)(1)(A)(i)</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Nichelle Broussard, Individually and

on behalf of S.B., a minor, hereby voluntarily dismiss without prejudice Defendants,

Apple, Inc. and Roblox Corporation, from the above-captioned action pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**<u>LOCAL RULE 7.1(D) CERTIFICATION</u>**

Pursuant to Local Rule 7.1(D), I hereby certify that this subject Notice has

been prepared with one of the font and point selections approved by the Court in LR

5.1(B).

Respectfully submitted, this 8th of May, 2025.

**BULLOCK LEGAL GROUP, LLC**

*/s/ Tina M. Bullock*
Tina M. Bullock (GBN: 121791)
4900 Ivey Road, Bldg. 1600, Suite 1605
Acworth, Georgia 30101
(833) 853-4258
(470) 412-6708 (facsimile)
tina@bullocklegalgroup.com

Richard Meadow (PHV)
THE MEADOW LAW FIRM, LLC
2390 E. Camelback Rd., Unit 403
Phoenix, Arizona 85016
(480) 269-0338
rmeadow@meadowlawfirm.com

*Attorneys for Plaintiffs Nichelle*
*Broussard, Individually and on behalf*
*of S.B., a minor*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of *Notice Of Voluntary Dismissal Without Prejudice of Defendants, Apple, Inc. and Roblox Corporation, Pursuant to FRCP 41(a)(1)(A)(i)* was served on counsel of record via the CM/ECF system.

This 8th of May, 2025.

*/s/ Tina M. Bullock*
Tina M. Bullock